UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>              Plaintiff,<br><br>       v.<br><br>MACOMBER, et al.,<br><br>              Defendants. | Case No. 17-cv-00032-JST (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a pro se request for a temporary restraining order complaining of conditions at California State Prison–Sacramento ("CSP-SAC"). CSP-SAC is located in Sacramento County within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the action occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: January 10, 2017

JON S. TIGAR
United States District Judge